PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VICTOR GUTIERREZ | )<br>) CASE NO.  5:22-CV-2264 |
| Petitioner, | )<br>) |
| v. | ) JUDGE BENITA Y. PEARSON<br>) |
| KENNETH BLACK, WARDEN | )<br>) **MEMORANDUM OF OPINION AND** |
| Respondent. | ) **ORDER**<br>) [Regarding ECF No. 1] |
| | ) |

On December 4, 2025, the assigned magistrate judge issued a Report and Recommendation to deny Petitioner's request for habeas relief pursuant to 28 U.S.C. § 2254. ECF No. 11.  The magistrate judge recommended the Court deny the petition because Grounds One and Two of the petition are procedurally deficient.  ECF No. 11 at PageID #: 677.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.  In the instant case, objections to the Report and Recommendation were due by December 18, 2025.  Neither party has timely filed objections, nor requested an extension of time to do so.  Any further review by the Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted.  Victor Gutierrez's Petition for a Writ of Habeas Corpus is denied.

(1:23-CV-1669)

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed R. App. P. 22(b).

IT IS SO ORDERED.

| December 30, 2025 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |